UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julia A. Christians, Trustee for the Bankruptcy Estate of Victor Plastics, Inc., | Case No. 10-cv-00039 (PAM) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Nova Tool & Mold, Inc., | |
| Defendant. | |

Pursuant to the Stipulation For Dismissal With Prejudice by and between Plaintiff and Defendant [Doc. No. 4], this case is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without an award of attorneys' fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated:  May  10 , 2010          BY THE COURT:


                                s/Paul A. Magnuson
                                Paul A. Magnuson
                                Judge of the United States District Court
                                District of Minnesota